ORIGINAL

FILED
NOV 1 2 2004
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

| | | |
|---|---|---|
| GOLDEN MANUFACTURING CO., INC.<br>125 Hwy 366, P.O. Box 390<br>Golden, MS 38847<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant | ) | No. 04-1667C |

## NOTICE OF RELATED CASES

Pursuant to RCFC 40.2(a)(1), Plaintiff hereby notifies the Court that a related case was filed with this Court on September 13, 2004, Golden Manufacturing Co., Inc. v. United States, Fed. Cl. No. 04-1440C. Both that case and the present case arise from the same or substantially the same transactions, happenings or events. Both cases seek a determination of the same or substantially the same questions of law and fact and appear likely to entail substantial duplication of labor and unnecessary costs and delay if heard by different judges. Accordingly, it is in the interest of justice that both cases be heard by the same judge.

Respectfully submitted,

Marc Lamer

Marc Lamer
Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Attorney for Plaintiff

Dated: 11/10/04