IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GOLDEN MANUFACTURING CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 04-1667C |
| v. | ) (Judge Allegra) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S ANSWER

For its answer to the amended complaint, defendant admits, denies, and alleges as follows:

1. Admits.

2. Admits.

3. The allegations contained in paragraph 3 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

4. Admits.

5. Admits the allegations contained in paragraph 5 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Admits the allegations contained in paragraph 7 to the

extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

8. Defendant's responses to paragraphs 1 through 7 of the complaint are incorporated by reference.

9. Admits the allegations contained in paragraph 9 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 9.

10. The allegations contained in paragraph 10 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

11. Admits that Golden submitted a claim to the ACO dated September 7, 2004; denies the allegations contained in paragraph 11 as to what "Golden considered" for lack of knowledge or information sufficient for form a belief as to their truth; the remainder of the allegations contained in paragraph 11 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

12. Admits.

13. The allegations contained in paragraph 13 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

14. The allegations contained in paragraph 14 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

15. Defendant's responses to paragraphs 1 through 7 of the complaint are incorporated by reference.

16. Admits the allegations contained in paragraph 16 to the extent supported by the orders cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 16.

17. Admits the allegations contained in paragraph 17 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 17.

18. Admits that Golden submitted a claim to the ACO dated July 26, 2004; denies the allegations contained in paragraph 18 as to what "Golden considered" for lack of knowledge or information sufficient for form a belief as to their truth; the remainder of the allegations contained in paragraph 18 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

19. Admits.

20. The allegations contained in paragraph 20 constitute conclusions of law, to which no answer is required; to the extent

they may be deemed allegations of fact, they are denied.

21. The allegations contained in paragraph 21 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

22. Defendant's responses to paragraphs 1 through 7 of the complaint are incorporated by reference.

23. Admits the allegations contained in paragraph 23 to the extent supported by the orders cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 23.

24. Admits the allegations contained in paragraph 24 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 24.

25. Admits that Golden submitted a claim to the ACO dated July 26, 2004; denies the allegations contained in paragraph 25 as to what "Golden considered" for lack of knowledge or information sufficient for form a belief as to their truth; the remainder of the allegations contained in paragraph 25 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

26. Admits.

27. The allegations contained in paragraph 27 constitute

conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

28. The allegations contained in paragraph 28 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

29. Defendant's responses to paragraphs 1 through 7 of the complaint are incorporated by reference.

30. Admits the allegations contained in paragraph 30 to the extent supported by the orders cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 30.

31. Admits the allegations contained in paragraph 31 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 31.

32. Admits that Golden submitted a claim to the ACO dated July 26, 2004; denies the allegations contained in paragraph 32 as to what "Golden considered" for lack of knowledge or information sufficient for form a belief as to their truth; the remainder of the allegations contained in paragraph 32 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

33. Admits.

34. The allegations contained in paragraph 34 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

35. The allegations contained in paragraph 35 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

36. Denies that plaintiff is entitled to the relief set forth in the prayers for relief immediately following paragraphs 14, 21, 28, and 35, or to any relief whatsoever.

37. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

Attorneys for Defendant

February 10, 2005