IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLDEN MANUFACTURING CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1667C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS

Plaintiff, Golden Manufacturing Co., Inc., respectfully requests that the Court stay proceedings in this case until April 30, 2005 to allow the parties time to address a recent draft contract modification which would eliminate plaintiff's remaining claim against the Government. Plaintiff’s complaint seeking certain contract adjustments consisted of four (4) counts.

Recently, the ACO sent Plaintiff a “Draft” modification to incorporate the adjustment into the contract. Plaintiff has requested the addition of Contract Disputes Act interest, and the ACO is awaiting approval of the additional funding. Plaintiff understands that once the additional funds are approved, the ACO will issue the modification incorporating the adjustment whereupon the parties will dismiss this case by way of stipulation, pursuant to R.C.F.C. 41(a)(1).

The parties believe that there is a high likelihood of an amicable resolution to all of plaintiff's claims in the next two

weeks, therefore the parties would like to avoid the expense of preparing and filing a Joint Preliminary Status Report, currently due April 4, 2005, unless the parties are unable to resolve any remaining issues following issuance of the contract modification. The undersigned counsel has spoken with counsel for the defendant who indicated that the Government is not opposed to this motion.

To allow sufficient time for the parties to resolve remaining issues following the recent contract modification, plaintiff respectfully request that this matter be stayed until April 30, 2005.

Respectfully submitted,

s/MARC LAMER____________
MARC LAMER
Attorney for Plaintiff
Golden Manufacturing Co., Inc.

Of Counsel:

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: April 1, 2005