# In The United States Court of Federal Claims

No. 04-1667C

(Filed: April 6, 2005)

GOLDEN MANUFACTURING CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 1, 2005, plaintiff filed an unopposed motion to stay proceedings until April 30, 2005, to allow the parties time to address a recent draft contract modification "which would eliminate the plaintiff's remaining claim against the Government." Plaintiff's motion to stay proceedings is hereby **DENIED**.

In the interest of encouraging resolution of this matter, however, the court hereby **ORDERS** that the parties' joint preliminary status report, previously due on April 4, 2005, shall be filed on or before May 2, 2005. The joint preliminary status conference, previously scheduled for April 12, 2005, is postponed until further notice.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge