IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLDEN MANUFACTURING CO., INC., Plaintiff, | ) | |
| v. | ) | No. 04-1667C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to RCFC 41(a)(1)(ii), the parties hereby stipulate that this action is dismissed, with prejudice, with each party to bear its own attorney fees, expenses, and costs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Marc Lamer
MARC LAMER
Kostos and Lamer, P.C.
1608 Walnut St.,
Suite 1300
Philadelphia, PA 19103
Telephone (215) 545-0570
Facsimile (215) 545-4617

Attorney for Plaintiff

April 14, 2005

s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

Attorneys for Defendant

April 14, 2005